UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br>Plaintiff<br>v.<br>G. MORA, et al.,<br>Defendants. | Case No. 2:26-cv-0523-JDP (P)<br><br>ORDER |

On March 16, 2026, I directed plaintiff to either file an amended complaint or a notice of voluntary dismissal within thirty days. ECF No. 7. It is now September, and plaintiff has not complied with my order. He must show cause, in writing, why this action should not be dismissed for failure to prosecute.

Accordingly, it is ORDERED that, within fourteen days of this order's entry, plaintiff must show cause, in writing, why this action should not be dismissed for failure to prosecute. Any response to this order should be accompanied by either an amended complaint or a notice of voluntary dismissal. If plaintiff fails to comply with this order within the deadline, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE